**Electronically Filed**
**Supreme Court**
**SCWC-23-0000434**
**29-JUL-2026**
**11:02 AM**
**Dkt. 11 ODAC**

SCWC-23-0000434

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

JAMES YEE MARN, JR., as a limited partner of MCCULLY ASSOCIATES, a Hawaiʻi registered limited partnership, for and on behalf of MCCULLY ASSOCIATES and its limited partners; and JAMES K.M. DUNN, as Successor Trustee of the Annabelle Y. Dunn Revocable Trust, Respondents/Plaintiffs/Counterclaim Defendants-Appellees,

vs.

MCCULLY ASSOCIATES, a Hawaiʻi registered limited partnership; ALA WAI INVESTMENT, INC., a Hawaiʻi corporation, as general partner of MCCULLY ASSOCIATES; ALEXANDER Y. MARN, individually and as officer and agent for ALA WAI INVESTMENT, INC.; ERIC Y. MARN, individually and as officer and agent for ALA WAI INVESTMENT, INC.; and ERNESTINE L. MARN, Respondents/Defendants/Counterclaimants-Appellees,

and

THOMAS T. UENO,
Petitioner/Intervenor-Appellant,

and

SAKAI IWANAGA SUTTON LAW GROUP,
Attorneys at Law, a limited liability law company,
Respondent/Intervenor-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000434; CASE NO. 1CC980005371)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: McKenna, Acting C.J. and Eddins, J.,
and Circuit Judge Morikone, in place of Devens, C.J., recused,
Circuit Judge Kimura, in place of Ginoza, J., recused,
and Circuit Judge Costa, assigned by reason of vacancy)

Petitioner Thomas T. Ueno's Application for Writ of

Certiorari, filed on June 15, 2026, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 29, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Kevin T. Morikone

/s/ Jordon J. Kimura

/s/ Brian A. Costa